Revised 7/2001  LRBP Appendix 1007-b-6

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF TEXAS

IN RE:

| Janice Elaine Williams | 02-92340 |
|---|---|
| Debtor(s) | Bankruptcy Case Number |

## VERIFICATION OF CREDITOR MATRIX

The above named Debtor(s) hereby verifies that the attached list of creditors is true and correct to the best of my/our knowledge.

Creditor Matrix Format (check one):

Diskette: _____

Paper: ✓

Date: 7/5/02

Debtor Signature

Date: _____

Joint Debtor Signature

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF TEXAS
# LUFKIN DIVISION

In re *Janice Elaine Williams*

Case No
Chapter *13*

_____ / Debtor

Attorney for Debtor: *Allen T. Gregory*

## COVER SHEET FOR LIST OF CREDITORS

I hereby certify under penalty of perjury that the attached list of creditors, which consists of __2__ pages, is true, correct and complete to the best of my knowledge.

Date: *7/5/02*

_____
Debtor

*Allen T. Gregory*
*Attorney for the debtor(s)*
*P.O. Box 1702*
*Beaumont TX  77704*

Angelina CAD
P.O. Box 2357
Lufkin, TX 75902

Angelina County TAC
P.O. Box 1344
Lufkin, TX 75902

Atty Gen TX Tax Div Bkrptcy
Capitol Station
Box 12548
Austin , TX 78711

Bank of America Credit
P.O. Box 53132
Phoenix, AZ 85072-3132

Capitol One
P.O. Box 60000
Seattle, WA 98190-6000

Clear Lake Family Physicians
14903 El Camino Real
Houston, TX 77062

Conseco Finance
P.O. Box 6172
Rapid City , SD 57709-6172

Dr. Gary Randall
#1 Medical Ctr. Blvd.
Lufkin, TX 75904

First Choice Power
P.O. Box 901088
Fort Worth, TX 76101-2088

Ford Motor Credit
P.O. Box 152271
Irving, TX 75015-2271

GC Services, Ltd.
P.O. Box 3724
Knoxville, TN 37927

Gallery Furniture
c/o Citifinancial Retail
P.O. Box 221309
Charlotte , NC 28222

Huntington State Bank
P.O. Box 1090
Huntington, TX 75949

IRS
Austin, TX 73301


IRS - Insolvency Section
STOP 5022 - HOU
1919 Smith
Houston, TX 77002

Lowe's
P.O. Box 105985
Atlanta, GA 30353-5985

NCO Financial
P.O. Box 41457
Philadelphia, PA 19101-1457

NW & P
P.O. Box 30164
Tampa , FL 33630-3164

National Collection Consult.
P.O. Box 94410
No. Little Rock, AR 72190

SW Bell
P.O. Box 3025
Houston, TX 77097-0043

Sam's Club
P.O. Box 105980 Dept. 77
Atlanta, GA 30353-5980

Sear's Credit
P.O. Box 818017
Cleveland, OH 44181-8017

State Comptroller - Texas
Capitol Station
Austin, TX 78774

Target
c/o Retailers National Bank
P.O. Box 59231
Minneapolis, MN 55459-0231

Texas Employment Commission
TEC Bldg., Tax Dept.
Austin, TX 78778

United States Attorney
Eastern District of Texas
350 Magnolia, Suite 150
Beaumont, TX 77701