IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

IN RE:
JANICE ELAINE WILLIAMS            CASE NO.
                                   CHAPTER 13

DEBTOR

**02-92340**

## CHAPTER 13 PLAN

     JANICE ELAINE WILLIAMS, Debtor, propose this Plan for the adjustment of her debts.

     1. Debtor submits to the supervision and control of the Trustee such portion of her future earnings and income as is necessary for the consummation of this Plan.

     2. Debtor shall pay in full, in deferred cash payments, all claims which are entitled to priority under Section 507 of the Bankruptcy Code.

     3. Beginning 30 days from the date the Chapter 13 Plan was filed, Debtor will pay to the Trustee $380.00 each month for 60 months, to be distributed in the following manner:

     A. The Trustee shall be paid $38.00 each month for 60 months.

     B. Debtor's attorney shall receive $300.00 for 5 months beginning August 10, 2002, until a total of $1,500.00 is paid.

     C. Conseco Finance, which holds a first lien on Debtor's 1988 Liberty 28'x52' Mobile Home, shall be paid $13.89 for 55 months beginning January 10, 2003, including interest at 8%, to bring current the prepetition delinquencies in the amount of $638.00.

     D. Ford Motor Credit, which holds a first lien on Debtor's 1999 Ford Truck, shall retain its lien, and be paid $225.69 for 55 months beginning January 10, 2003, for a principal total or value of $9,925.00, plus interest at 10%, which amounts represent payment of the value of the collateral in full with interest over the life of the Plan. Debtor will further keep the collateral insured during the life of the Plan. The undersecured claim, if any, shall be paid as an unsecured claim as set forth below. This creditor shall release its lien on the collateral securing the debt at such time as all payments have been made as set forth in this paragraph.

     E. Huntington State Bank, which holds a first lien on Debtor's 2001 Yamaha ATV, shall retain its lien, and be paid $69.47 for 55 months beginning January 10, 2003, for a principal total or value of $3,190.00, plus interest at 8%, which amounts represent payment of the value of the collateral in full with interest over the life of the Plan. Debtor will further keep the collateral insured during the life of the Plan. The undersecured claim, if any, shall be paid as an unsecured claim as set forth below. This creditor shall release its lien on the collateral securing the debt at such time as all payments have been made as set forth in this paragraph.

F. Gallery Furniture, c/o Citifinancial Retail, which holds a first lien on Debtor's furniture, shall retain its lien, and be paid $9.80 for 55 months beginning January 10, 2003, for a principal total or value of $450.00, plus interest at 8%, which amounts represent payment of the value of the collateral in full with interest over the life of the Plan. Debtor will further keep the collateral insured during the life of the Plan. The undersecured claim, if any, shall be paid as an unsecured claim as set forth below. This creditor shall release its lien on the collateral securing the debt at such time as all payments have been made as set forth in this paragraph.

G. Sears Credit, which holds a first lien on Debtor's washer, shall retain its lien, and be paid $3.27 for 55 months beginning January 10, 2003, for a principal total or value of $150.00, plus interest at 8%, which amounts represent payment of the value of the collateral in full with interest over the life of the Plan. Debtor will further keep the collateral insured during the life of the Plan. The undersecured claim, if any, shall be paid as an unsecured claim as set forth below. This creditor shall release its lien on the collateral securing the debt at such time as all payments have been made as set forth in this paragraph.

H. Lowe's, which holds a first lien on Debtor's dryer, shall retain its lien, and be paid $3.27 for 55 months beginning January 10, 2003, for a principal total or value of $150.00, plus interest at 8%, which amounts represent payment of the value of the collateral in full with interest over the life of the Plan. Debtor will further keep the collateral insured during the life of the Plan. The undersecured claim, if any, shall be paid as an unsecured claim as set forth below. This creditor shall release its lien on the collateral securing the debt at such time as all payments have been made as set forth in this paragraph.

I. The unsecured creditors shall receive in pro-rata amounts all amounts remaining after priority and secured debts are paid.

4. Debtor shall pay the following secured debt outside the Plan:

| Secured Creditor | Amount | Collateral |
|---|---|---|
| Conseco Finance | $19,791.00 | 1988 Liberty 28'x52' Mobile Home |

5. Debtor shall return the following collateral to the secured creditor:
[*] NONE

6. Debtor shall void the non-purchase money security interest in exempt property under Section 522(f) U.S. Bankruptcy Code for the following creditor, and the debt shall be paid as an unsecured claim for this Plan:
[*] NONE

7. Debtor will not incur any post-petition consumer debt except after notice to creditors and approval by the Court and the Standing Chapter 13 Trustee as specified in 11 U.S. C. 1305(c). Post-petition claims will be allowed only as specified in 11 U.S.C. 1305.

8. Upon confirmation of this Plan, the property of the estate shall revest in Debtor.

9. The filing of Debtor's Petition and the Debtor's Plan shall not be construed as a waiver of the Debtor's exemptions as claimed by her in her schedule of exemptions on file herein, as allowed by law.

DATED: July 5, 2002

_____
JANICE ELAINE WILLIAMS

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF TEXAS

LUFKIN DIVISION

IN RE:

JANICE ELAINE WILLIAMS            CASE NO.
                                         CHAPTER 13

DEBTOR

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the attached Chapter 13 Plan Summary has this 8th day of July 2002, been mailed by Regular U.S. Mail to Janice Elaine Williams, Debtor, Rt. 7 Box 3910, Lufkin, Texas 75904, to Mr. Michael Gross, Trustee, P.O. Box 7097, Tyler, Texas 75711, and to all creditors and parties in interest. This service complies with Local Rules of Bankruptcy Procedure 9013(f).

_____
ALLEN T. GREGORY

# Chapter 13 Plan (SUMMARY)

Debtors: Janice Elaine Williams  
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  

CASE NO. _____  
1st PAYMENT DUE BY: 10-Aug-02  

Address: Rt. 7 Box 3910  
Lufkin, TX 75904  

ATTORNEY: Allen T. Gregory  

## H&W Monthly

| | | | |
|---|---|---|---|
| TAKE HOME PAY: $1,600.00 | EXPENSES: $1,220.00 | | SURPLUS: $380.00 |
| PLAN PAYMENT: Debtor(s) to pay: $380.00 | per mo. | | NO. OF MOS: 60 |
| Base amount: $22,800.00 | (monthly pymt X no. of months) | | |

HOME MORTGAGE: Regular mortgage payments on all liens to be "DIRECT" by debtor(s) beginning Jul-02 (month and year); arrearage to be paid by Trustee as follows:

| | Creditor | Total Arrearage | Through Mo. & Yr. | Annual % Rate | Monthly Plan Pymt. | Starting Date | # of Months |
|---|---|---|---|---|---|---|---|
| FIRST | Conseco Finance | $638.00 | Jun-02 | 8% | $13.89 | 10-Jan-03 | 55 |
| SECOND | | | | | | | |

Secured Creditors:  
Retain Lien 11 USC  
325 (a)(5)(B)(i)

| | Description Collateral | Schedule Amount | Value of Collateral | Annual % Rate | No. of Months | Code # | Total Paid |
|---|---|---|---|---|---|---|---|
| Conseco Finance | 1988 Liberty Mobile Home | $19,791.00 | $19,791.00 | | | 3 | |
| Ford Motor Credit | 1999 Ford Truck | $13,400.00 | $9,925.00 | 10% | 55 | 1 | $12,412.95 |
| Huntington State Bank | 2001 Yamaha ATV | $3,305.00 | $3,190.00 | 8% | 55 | 1 | $3,820.85 |
| Gallery Furniture, c/o Citifinancial Retail | Furniture | $1,803.00 | $450.00 | 8% | 55 | 1 | $539.00 |
| Sears Credit | Washer | $1,513.00 | $150.00 | 8% | 55 | 1 | $179.85 |
| Lowe's | Dryer | $344.00 | $150.00 | 8% | 55 | 1 | $179.85 |

(ANY DEFICIENCY WILL AUTOMATICALLY BE "SPLIT" AND INCLUDED IN UNSECURED.)

1 - Monthly Plan Payment  2 - Pro Rata  3 - Pay Direct  4 - Surrender for Value

| Priority Creditors | Scheduled Amount | Monthly Plan Payment | Starting Date | Number of Months |
|---|---|---|---|---|
| Trustee | $ 2,280.00 | $ 38.00 | 10-Aug-02 | 60 |
| Allen T. Gregory, Atty. | $ 1,500.00 | $ 300.00 | 10-Aug-02 | 5 |

| Special Class (Name) | Basis for Classification | Scheduled Amount | Monthly Plan Payment |
|---|---|---|---|

(co-debtor, student loan, hot check, etc.)

Undersecured Creditors:  
Pay greater of _____ % of these claims, or pro rata share of "Base Amount" shown above, after above claims are paid  

| Amount | Amount |
|---|---|
| | |

Total Unsecured Debt  $ 4,060.00

_____ Check here if additional information appears on reverse side.

Angelina CAD
P.O. Box 2357
Lufkin, TX 75902

Angelina County TAC
P.O. Box 1344
Lufkin, TX 75902

Atty Gen TX Tax Div Bkrptcy
Capitol Station
Box 12548
Austin, TX 78711

Bank of America Credit
P.O. Box 53132
Phoenix, AZ 85072-3132

Capitol One
P.O. Box 60000
Seattle, WA 98190-6000

Clear Lake Family Physicians
14903 El Camino Real
Houston, TX 77062

Conseco Finance
P.O. Box 6172
Rapid City, SD 57709-6172

Dr. Gary Randall
#1 Medical Ctr. Blvd.
Lufkin, TX 75904

First Choice Power
P.O. Box 901088
Fort Worth, TX 76101-2088

Ford Motor Credit
P.O. Box 152271
Irving, TX 75015-2271

GC Services, Ltd.
P.O. Box 3724
Knoxville, TN 37927

Gallery Furniture
c/o Citifinancial Retail
P.O. Box 221309
Charlotte, NC 28222

Huntington State Bank
P.O. Box 1090
Huntington, TX 75949

IRS
Austin, TX 73301

IRS - Insolvency Section
STOP 5022 - HOU
1919 Smith
Houston, TX 77002

Lowe's
P.O. Box 105985
Atlanta, GA 30353-5985

NCO Financial
P.O. Box 41457
Philadelphia, PA 19101-1457

NW & P
P.O. Box 30164
Tampa , FL 33630-3164

National Collection Consult.
P.O. Box 94410
No. Little Rock, AR 72190

SW Bell
P.O. Box 3025
Houston, TX 77097-0043

Sam's Club
P.O. Box 105980 Dept. 77
Atlanta, GA 30353-5980

Sear's Credit
P.O. Box 818017
Cleveland, OH 44181-8017

State Comptroller - Texas
Capitol Station
Austin, TX 78774

Target
c/o Retailers National Bank
P.O. Box 59231
Minneapolis, MN 55459-0231

Texas Employment Commission
TEC Bldg., Tax Dept.
Austin, TX 78778

United States Attorney
Eastern District of Texas
350 Magnolia, Suite 150
Beaumont, TX 77701