# United States Bankruptcy Court

Case Number: 02-92340

NOTICE OF
CHAPTER 13 BANKRUPTCY CASE, MEETING OF CREDITORS, & DEADLINES

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below.
NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

| Debtor(s) (name(s) and address): | Date Case Filed (or Converted) | Soc. Sec./Tax Id Nos |
|---|---|---|
| JANICE ELAINE WILLIAMS<br>ROUTE 7 BOX 2437<br>LUFKIN, TX 75904 | July 08, 2002 | D-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 |

| Attorney for Debtor(s) (name and address): | Bankruptcy Trustee (name and address): |
|---|---|
| ALLEN T GREGORY<br>P O BOX 1702<br>BEAUMONT, TX 77704<br>Telephone Number: (409) 835-3891 | Michael Gross<br>P O Box 7097<br>Tyler, TX 75711<br>Telephone Number: |

FILED 02 JUL 29 PM 2:26 CLERK, U.S. BANKRUPTCY COURT EASTERN DISTRICT BY_____ DEPUTY

See Reverse Side For Important Explanations.

**Meeting of Creditors:**
DATE: August 15, 2002            TIME: 10:00 AM
Location:  Beaumont Civic Center
           701 S. Main                Beaumont, TX 77704

**Deadlines:**
Papers must be received by the bankruptcy clerk's office by the following deadlines.

**Deadline to File a Proof of Claim:**
For all creditors (except a governmental unit): November 13, 2002         For governmental units:

**Deadline to Object to Exemptions:**
September 16, 2002
Thirty (30) days after the *conclusion* of the meeting of creditors.

**Filing of Plan, Hearing on Confirmation of Plan**
[X] The debtor has filed a plan. ~~XXXXXXXXXXXXXXXXXXXXXXXXXXXXXX~~. The hearing on confirmation will be held:
DATE: January 29, 2003                 TIME: 09:30 AM
Location:  U.S. Bankruptcy Court       300 Willow, Room 112
           U.S. Courthouse             Beaumont, TX 77701

[ ] The debtor has filed a plan. The plan or a summary of the plan and notice of the confirmation will be sent separately.
[ ] A plan has not been filed as of this date. Creditors will be given separate notice of the hearing on confirmation of the plan.

**Creditors May Not Take Certain Actions:**
The filing of the bankruptcy case automatically stays certain collection and other actions against the debtor, debtor's property, and certain codebtors. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized.

**SEND CORRESPONDENCE TO: MICHAEL GROSS, TRUSTEE AT: PO BOX 7097, TYLER, TX 75711**
**SEND PAYMENTS TO: MICHAEL GROSS, TRUSTEE AT: PO BOX 734, TYLER, TX 75710**

Notice: Pursuant to Local Rule 3015(a) the debtor was ordered to serve a copy of Debtor's Chapter 13 plan or summary on all creditors and the trustee. Objections to Confirmation and/or values to collateral must be filed in writing with the Court seven (7) days prior to the confirmation hearing. Proof of Claims must be filed on or before the deadlines set herein. Claims which are not filed on or before the deadlines will not be allowed except as otherwise provided by law.

| Address of the Bankruptcy Clerk's Office: | |
|---|---|
| FILE CLAIMS IN DUPLICATE WITH:<br>U.S. BANKRUPTCY CLERK<br>300 WILLOW<br>SUITE 100<br>BEAUMONT, TX 77701<br>www.txeb.uscourts.gov | FOR THE COURT<br>Bill Parker<br>DATED: July 25, 2002 |

072502-0025-5X-B0020128-001        0292340-Court-A-            Copyright (C) 1998 EPI. All Rights Reserved. EPI Form B9I/N13

Eastern District of Texas
# United States Bankruptcy Court

```
0292340-Court-A-  U.S.
ALLEN T GREGORY
P O BOX 1702

BEAUMONT, TX 77704
```

**PROOF OF CLAIM**
* CHAPTER 13 *

Case Number

02-92340

Name of Debtor    JANICE ELAINE WILLIAMS

THIS SPACE IS FOR COURT USE ONLY

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check box if you have never received any notices from the bankruptcy court in this case.

☐ Check box if the address differs from the address on the envelope sent to you by the court.

Name of Creditor (The person or other entity to whom the debtor owes money or property):
Name and Address Where ~~Notices~~ Payments Should Be Sent

```
0292340-Court-A-  U.S.

U.S. Bankruptcy Court
300 Willow, Room 112
Beaumont, TX 77701
```

### 1. BASIS FOR CLAIM

☐ Goods sold
☐ Services performed
☐ Money loaned
☐ Retiree benefits as defined in 11 U S C § 1114(a)
☐ Wages, salaries, and compensations (Fill out below)
  Your SS #: _____
  Unpaid compensations for services performed
  from _____ to _____
       (date)           (date)
☐ Personal injury / wrongful death
☐ Taxes
☐ Other _____

Telephone number: (   )  ___

**2. Date Debt was incurred:**

**3. If court judgment, date obtained:**

Account or other number by which creditor identifies debtor

Check here if this claim ☐ replaces / ☐ amends } a previously filed claim, dated: _____

**4. Total Amount of Claim at Time Case Filed:** $ _____

If all or part of your claim is secured or entitled to priority, also complete Item 5 or 6 below.
☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

### 5. Secured Claim.
☐ Check this box if your claim is secured by collateral (including a right of setoff).
Brief Description of Collateral:
☐ Real Estate  ☐ Motor Vehicle  ☐ Other _____
Value of Collateral: $ _____
Amount of arrearage and other charges at time case filed included in secured claim, if any: $ _____

**Unsecured Nonpriority Claim:**
$ _____
A claim is unsecured if there is no collateral or lien on property of the debtor securing the claim or to the extent that the value of such property is less than the amount of the claim.

### 6. Unsecured Priority Claim.
☐ Check this box if you have an unsecured priority claim
Amount entitled to priority $ _____
Specify the priority of the claim.
☐ Wages, salaries, or commissions (up to $4,650),* earned within 90 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(3).
☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(4).
☐ Up to $2,100* of deposits toward purchase, lease or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(6).
☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child - 11 U.S.C. § 507(a)(7).
☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).
☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a)(_____).
* Amounts are subject to adjustment on 4/1/04 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

**7. Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

**8. Supporting Documents:** *Attach copies of supporting documents,* such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**9. Date-Stamped Copy:** To receive an acknowledgement of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

THIS SPACE IS FOR COURT USE ONLY

| Date | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any): |
|---|---|
|  |  |

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Copyright (C) 1998 EPI. All Rights Reserved. EPI Form B10/CLM

```
072502-0025-SX-80020123-001       0292340-Court-A-                              777
```

# CERTIFICATE OF MAILING

CASE: 0292340  TRUSTEE: 5X  COURT: 777
TASK: 07-24-2002.80020128.N13777  DATED: 07/25/2002

| | | | |
|---|---|---|---|
| Court | | U.S. Bankruptcy Court | 300 Willow, Room 112<br>Beaumont, TX 77701 |
| Trustee | | Michael Gross | P O Box 7097<br>Tyler, TX 75711 |
| Debtor | | JANICE ELAINE WILLIAMS | ROUTE 7 BOX 2437<br>LUFKIN, TX 75904 |
| 799 | 000002 | ALLEN T GREGORY | P O BOX 1702<br>BEAUMONT, TX 77704 |
| 018 | 000020 | NCO FINANCIAL | P O BOX 41457<br>PHILADELPHIA, PA 19101-1457 |
| 011 | 000013 | GALLERY FURNITURE<br>P O BOX 221309 | % CITIFINANCIAL RETAIL<br>CHARLOTTE, NC 28222 |
| 020 | 000022 | SAMS CLUB | P O BOX 105780 DEPT 77<br>ATLANTA, GA 30353-5980 |
| 016 | 000018 | LOWES | P O BOX 105985<br>ATLANTA, GA 30353-5985 |
| 019 | 000021 | NW & F | P O BOX 30164<br>TAMPA, FL 33630-3164 |
| 012 | 000014 | GC SERVICES LTD | P O BOX 3724<br>KNOXVILLE, TN 37927 |
| 021 | 000023 | SEARS CREDIT | P O BOX 818017<br>CLEVELAND, OH 44181-8017 |
| 024 | 000026 | TARGET<br>P O BOX 59231 | % RETAILERS NATIONAL BANK<br>MINNEAPOLIS, MN 55459-0231 |
| 007 | 000009 | CONSECO FINANCE | P O BOX 6172<br>RAPID CITY, SD 57709-6172 |
| 017 | 000019 | NATIONAL COLLECTON<br>P O BOX 94410 | CONSULT<br>NO LITTLE ROCK, AR 72190 |
| 015 | 000016 | INTERNAL REVENUE SERVICE | AUSTIN, TX 73301 |
| 010 | 000012 | FORD MOTOR CREDIT | P O BOX 152271<br>IRVING, TX 75015-2271 |
| 001 | 000003 | ANGELINA CAD | P O BOX 2357<br>LUFKIN, TX 75902 |
| 002 | 000004 | ANGELINA COUNTY TAC | P O BOX 1344<br>LUFKIN, TX 75902 |
| 008 | 000010 | DR GARY RANDALL | #1 MEDICAL CTR BLVD<br>LUFKIN, TX 75904 |
| 013 | 000015 | HUNTINGTON STATE BANK | P O BOX 1090<br>HUNTINGTON, TX 75949 |
| 009 | 000011 | FIRST CHOICE POWER | P O BOX 901088<br>FORT WORTH, TX 76101-2088 |
| 014 | 000017 | INTERNAL REVENUE SERVICE<br>1919 SMITH/STOP 5022-HOU | INSOLVENCY SECTION<br>HOUSTON, TX 77002 |
| 006 | 000008 | CLEAR LAKE FAMILY<br>14903 EL CAMINO REAL | PHYSICIANS<br>HOUSTON, TX 77062 |
| 023 | 000025 | SW BELL | P O BOX 3025<br>HOUSTON, TX 77097-0043 |
| 026 | 000028 | UNITED STATES ATTORNEY<br>350 MAGNOLIA STE 150 | EASTERN DISTRICT OF TEXAS<br>BEAUMONT, TX 77701 |

AFFA

CASE: 0292340  TRUSTEE: 5X  COURT: 777
TASK: 07-24-2002.80020128.N13777  DATED: 07/25/2002

| | | | |
|---|---|---|---|
| 003 | 000005 | ATTY GEN TX TAX DIV BKRPTCY<br>P O BOX 12548 | CAPITOL STATION<br>AUSTIN, TX 78711 |
| 022 | 000024 | STATE COMPTROLLER-TEXAS | CAPITOL STATION<br>AUSTIN, TX 78774 |
| 025 | 000027 | TEXAS EMPLOYMENT<br>TEC BLDG TAX DEPT | COMMISSION<br>AUSTIN, TX 78778 |
| 004 | 000006 | BANK OF AMERICA CREDIT | P O BOX 53132<br>PHOENIX, AZ 85072-3132 |
| 005 | 000007 | CAPITOL ONE | P O BOX 6000<br>SEATTLE, WA 98190-6000 |

30 NOTICES

THE ABOVE REFERENCED NOTICE WAS MAILED TO EACH OF THE ABOVE ON 07/25/2002.
I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.
EXECUTED ON 07/25/2002 BY _____

XCM - Indicates notice served via Certified Mail

AFFA