IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 02-92340 |
| JANICE ELAINE WILLIAMS, | § | CHAPTER 13 |
| DEBTOR | § | |

## ORDER GRANTING MOTION OF CONSECO FINANCE SERVICING CORP FOR RELIEF FROM AUTOMATIC STAY AGAINST PROPERTY

On September _____, 2002, a Motion for Relief from Automatic Stay Against Property (the "Motion") was filed by Conseco Finance Servicing Corp. (the "Movant") in the above-referenced case. The Court finds that the Motion was properly served pursuant to the Federal and Local Rules of Bankruptcy Procedure and that it contained the appropriate fifteen (15)-day negative notice language, pursuant to the Local Rule of Bankruptcy Procedure 4001, which directed any party opposed to the granting of the relief sought by the Motion to file a written response within fifteen (15) days or the Motion would be deemed by the Court to be unopposed. The Court finds that no objection or other written response to the Motion has been timely filed by any party. Due to the failure of any party to file a timely written response, the allegations contained in the Motion stand unopposed and, therefore, the Court finds that good cause exists for the entry of the following order.

**IT IS THEREFORE ORDERED** that the Motion for Relief from Automatic Stay Against Property filed by Conseco Finance Servicing Corp. on September _____, 2002 is hereby **GRANTED** so as to authorize Movant to proceed under applicable non-bankruptcy law against the Collateral listed in the motion.

**IT IS FURTHER ORDERED** that, since the Motion was unopposed by any party, the ten (10)-day time period otherwise imposed by Fed. R. Bank. P. 4001(a)(3) shall not be applicable to this Order.

SIGNED this the _____ day of _____, 2002.

_____
UNITED STATES BANKRUPTCY JUDGE