IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 02-92340 |
| JANICE ELAINE WILLIAMS, | § | CHAPTER 13 |
| DEBTOR | § | |

## NOTICE OF APPEARANCE UNDER FEDERAL BANKRUPTCY RULE 9010(b) COMBINED WITH REQUEST FOR NOTICE OF ALL MATTERS

Conseco Finance Servicing Corp. hereby requests that all notices given or required to be given in this case, and all papers served or required to be served in this case, be given to and served upon its attorney of record, as follows:

JAMES W. KING
OFFERMAN & KING, L.L.P.
6420 Wellington Place
Beaumont, Texas 77706

This request includes but is not limited to all notices, copies and pleadings referred to Title 11, United States Code and the Federal Bankruptcy Rules, including without limitation notices of any orders, motions, demands, complaints, petitions, pleadings or requests, applications and any other documents brought before this court in this case, whether formal or informal, written or oral, or transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise. This request specifically includes copies of all disclosure statements and reorganization plans.

Respectfully submitted,

OFFERMAN & KING, L.L.P.

BY: _____
JAMES W. KING
TBA NO. 00791029
6420 WELLINGTON PLACE
BEAUMONT, TEXAS 77706
(409) 860-9000
(409) 860-9010--FAX
ATTORNEY IN CHARGE FOR
CONSECO FINANCE SERVICING CORP.

# CERTIFICATE OF SERVICE

I hereby certify that true and correct copies of the foregoing have been forwarded to the following parties:

Attorney for Debtor:

Allen Gregory
P.O. Box 1702
Beaumont, TX 77704

Trustee:

Michael Gross
P. O. Box 7097
Tyler, TX 75711

Debtor:

Janice Elaine Williams
Route 7, Box 2437
Lufkin, TX 75904

SIGNED AND DONE on this 24TH day of September, 2002.

_____
James W. King