IN THE UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF TEXAS

LUFKIN DIVISION

IN RE:

JANICE ELAINE WILLIAMS

                  CASE NO. 02-92340
                  CHAPTER 13

DEBTOR

CONSECO FINANCE SERVICING CORP.
MOVANT

VS.

JANICE ELAINE WILLIAMS
RESPONDENT

## ORDER DENYING MOTION OF CONSECO FINANCE SERVICING CORP. FOR RELIEF FROM AUTOMATIC STAY AGAINST PROPERTY AND WAIVER OF THIRTY (30) DAY HEARING REQUIREMENT

BE IT REMEMBERED on this the _____ day of _____, 2002, there came before the Court for consideration the Motion of CONSECO FINANCE SERVICING CORP. for Relief from Automatic Stay against Property and Waiver of Thirty (30) Day Hearing Requirement. The Court, having considered same, is of the opinion that the same should be in all things DENIED.

IT IS THEREFORE, ORDERED, ADJUDGED, AND DECREED by the Court that the Motion of CONSECO FINANCE SERVICING CORP. for Relief from Automatic Stay against Property and Waiver of Thirty (30) Day Hearing Requirement is in all things DENIED.

  Dated: _____

_____
BILL PARKER
UNITED STATES BANKRUPTCY JUDGE