UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

IN RE: § CASE NO.

JANICE ELAINE WILLIAMS §

DEBTOR(S), § CHAPTER 13

## NOTICE OF APPEARANCE AND REQUEST
## FOR SERVICE OF NOTICES AND PLEADINGS

PLEASE TAKE NOTICE that the undersigned hereby enters an appearance on behalf of:

**ANGELINA COUNTY**
secured creditor in the above-referenced proceedings. The undersigned hereby requests notice and copies of all motions notices, reports, briefs, applications, adversary proceedings, proposed orders, confirmed copies of orders, any proposed disclosure statement or plan of reorganization that has been filed with the court, any other documents or instruments filed in the above-referenced proceedings and any other matter in which notice is required pursuant to 11 U.S.C. Sec. 1109(b) and Bankruptcy Rules 2002(a) and (b), 3017(a), and 9013 of the Federal Rules of Bankruptcy Procedure.

Copies should be mailed to the secured creditors in care of the undersigned at the address set forth below.

LINEBARGER GOGGAN BLAIR PENA & SAMPSON, LLP
P O BOX 3064
HOUSTON, TX 77253-3064
Telephone: (713)844-3400
Facsimile: (713)844-3503
Email: houston_bankruptcy@publicans.com

By: _____
John P. Dillman        State Bar No.    05874400

### Certificate of Service

I do hereby certify that a true and correct copy of the above and foregoing has been this date mailed to the parties listed below.

| ALLEN T. GREGORY | MICHAEL GROSS | JANICE ELAINE WILLIAMS |
| ATTORNEY AT LAW | P.O. BOX 7097 | ROUTE 7 BOX 2437 |
| P O BOX 1702 | TYLER, TX 75711 | LUFKIN, TX 75904 |
| BEAUMONT, TX 77704-1702 | | |

Dated this 13 day of Sept, 2002.      _____
                                       John P. Dillman