IN THE UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF TEXAS

LUFKIN DIVISION

IN RE:

JANICE ELAINE WILLIAMS  CASE NO. 02-92340
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
                                            CHAPTER 13

COUNTY OF ANGELINA  AFFIDAVIT OF

STATE OF TEXAS  JANICE ELAINE WILLIAMS

### AFFIDAVIT IN SUPPORT OF OBJECTION TO ALLOWANCE OF PROOF OF CLAIM #5 FILED BY HUNTINGTON STATE BANK

BEFORE ME, the undersigned authority, on this day personally appeared Janice Elaine Williams, who being by me first duly sworn, upon his/her oath deposes and says:

"I am over the age of twenty-one years, of sound mind, and am not otherwise disqualified by law from making this affidavit; I have personal knowledge of every statement herein made, and I am fully competent to testify as to the matters stated herein."

"I, Janice Elaine Williams, am familiar with the 2001 Yamaha ATV, which secures the debt owed to Huntington State Bank. Based on my personal knowledge about this collateral, personal experience, and information concerning this collateral, the replacement value of the collateral is $3,190.00."

_____  11/27/02
JANICE ELAINE WILLIAMS      Date

SWORN and SUBSCRIBED to before me, a notary public on this 27th day of November, 2002.

Notary Public in and for the State of Texas

KATHY JOHNSON
Notary Public
State of Texas
My Commission Expires
06-12-2006

Printed or Typed name of Notary: KATHY JOHNSON

My commission expires: 6-12-06