

**DEPARTMENT OF THE TREASURY**
**INTERNAL REVENUE SERVICE**
**WASHINGTON, D.C. 20224**

SMALL BUSINESS/SELF-EMPLOYED DIVISION

January 17, 2003

U. S. Bankruptcy Court
300 WILLOW STE 100
BEAUMONT,TX 77701

RE Case No.: 02-92340-13@TXS

Dear Sir(s):

The Governments Proof of Claim dated {08-14-2002} for ${5,000.00} is being withdrawn at this time. Please reflect this withdrawal in the records of the court in the case referenced above.

*S. Wilken*
for C. M. Huffines
Insolvency Manager