**INCLUDED IN ELECTRONIC FILE**

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICTOF TEXAS
-----------------------------------------------------------X

In re:
   Williams;Janice

             Chapter 13

             Case No: 0292340-BP
             Unsecured Claim Amt::   $525.81
             Secured Claim Amt:     $0.00

8800 Glacier Ave 341
Texas City, TX 775913054
             Trustee: Michael Gross
             Unsecured Claim No.: 020
      Debtor (s)     Secured Claim No.:

## NOTICE OF TRANSFER OF CLAIM PURSUANT TO FRBP RULE 3001 (e) (2), WAIVER OF OPPORTUNITY TO OBJECT, AND REQUEST FOR NOTICE PURSUANT TO FRBP 2002

Sherman Acquisition LP dba RESURGENT ACQUISITION (the "Purchaser/Transferee/Assignee") hereby provides notice of the unconditional sale and transfer of all right, title, and interest in and to the Claims (as such is defined in the Purchase and Sale Agreement dated 12/31/2002 by and between the Seller/Transferor/Assignor and Purchaser/Transferee/Assignee) including the Claim referenced above (the "Bankruptcy Claim").

Pursuant to Bankruptcy Rule 3001 (e) (2) and the foregoing assignment, the Purchaser/ Transferee/Assignee hereby requests that it be substituted for the Seller/Transferor/Assignor as the record holder of the Bankruptcy Claim for all purposes in these proceedings. As is set forth in the attached assignment, the Seller/Transferor/Assignor concurs with the request, and is aware of the transfer, and declines its opportunity to object under FRBP 3001 (e) (2). Accordingly, the Purchaser/Transferee/Assignee requests that the transfer of the Bankruptcy Claim be made immediately upon the docketing of the **Joint Notice of Transfer of Claim.**

Purchaser/Transferee/Assignee further requests that it be added to the mailing matrix in the above case pursuant to Bankruptcy Rule 2002, so as to receive copies of all notices and pleadings sent to creditors or other parties in interest.

The original Proof of Claim may have been filed by the Seller/Transferor/Assignor under its name or the name of any of the following acquired institution(s): SAM'S CLUB          2812866709

Account number: CG9A10751896630
Dated: March 19, 2003

**SELLER/TRANSFEROR/ASSIGNOR:**   **PURCHASER/ASSIGNEE/TRANSFEREE:**

General Electric Capital Corp
5775 Glenridge Dr. Bldg E Ste 300
Atlanta, GA 30328

Sherman Acquisition LP dba RESURGENT ACQUISITION
c/o RESURGENT CAPITAL SERVICES
P. O. BOX 10587
GREENVILLE, SC 29603-0587
Toll Free: (877) 264-5884
Fax:      (864) 678-8790

By: **See attached assignment**

By: *[signature]* JOYCE MONTJOY

ASN:
PORT: 2293
CT: 188

# ASSIGNMENT OF ACCOUNTS

General Electric Capital Corporation, a New York corporation, Monogram Credit Card Bank of Georgia, a Georgia state-chartered bank, and Montgomery Ward Credit Corporation, a Delaware corporation (collectively "Seller"), for value received, without recourse, to the extent permitted by applicable law, transfers, sells, assigns, conveys, grants and delivers to Sherman Acquisitions LP dba RESURGENT ACQUISITIONS ("Resurgent") all right, title and interest in and to (I) Seller's private label retail receivables that are described on the Notification File furnished by Seller in connection herewith ("the Receivables"); (ii) all payments on and proceeds arising from such Receivables on and after December 31, 2002; and (iii) all claims arising out of or relating to each receivable.

Seller hereby stipulates that Resurgent may be substituted for Seller as the valid owner of the Receivables and hereby irrevocably waives any and all notice, hearing requirements imposed by or right to object under Bankruptcy Rule 3001 (e)(2) or otherwise.

Dated: December 31, 2002

GENERAL ELECTRIC CAPITAL CORPORATION
By: _[signature]_

MONTGOMERY WARD CREDIT CORPORATION
By: _[signature]_

MONOGRAM CREDIT CARD BANK OF GEORGIA
By: _[signature]_