UNITED STATES BANKRUPTCY COURT TEMPLETX0160
FOR THE EASTERN DISTRICT OF TEXAS, BEAUMONT DIVISION
-------------------------------X
In re:
    JANICE E TEMPLE                      In Proceedings for a Repayment
                                   Plan Under Chapter 13

1110 CAMINO VILLAGE DR           Case No   : 02-92340-BP
HOUSTON, TX  77058               Tee Clm No: 21
                     Debtor(s)      Amount     : $1,512.68

## JOINT NOTICE OF TRANSFER OF CLAIM PURSUANT TO FRBP RULE 3001(e)(2) AND WAIVER OF OPPORTUNITY TO OBJECT

Sears (the "Seller/Transferor/Assignor") and eCAST Settlement Corporation (the "Purchaser/Transferee/Assignee") do hereby provide joint notice of the unconditional sale and transfer of all right, title, and interest in and to the Claims (as such is defined in the Credit Card Purchase and Sale Agreement dated August 8, 2002 by and between Seller/Transferor/Assignor and Purchaser/Transferee/Assignee) including the Claim referenced above (the "Bankruptcy Claim").

Pursuant to Bankruptcy Rule 3001(e)(2) and the foregoing assignment, the Purchaser/Transferee/Assignee hereby requests that it be immediately substituted upon the docketing of this Joint Notice of Transfer of Claim for the Seller/Transferor/Assignor as the record holder of the Bankruptcy Claim for all purposes in these proceedings. The Seller/Transferor/Assignor concurs with the request and, pursuant to the attached Waiver of Notice of Transfer of Claim, hereby informs the court that it waives it's right to receive notice of the transfer and declines its opportunity to object under FRBP 3001(e)(2).

Orig Proof of Claim may be:SEARS ROEBUCK & CO.45 CONGRESS ST.SALEM MA 01970

Dated: 04/26/2003

| SELLER/ASSIGNOR/TRANSFEROR: | PURCHASER/ASSIGNEE/TRANSFEREE: |
|---|---|
| Sears | eCAST Settlement Corporation |
| 7100 Westtown Parkway | P.O. Box 35480 |
| W. Des Moines, IA 50266 | Newark, NJ 07193-5480 |
| | |
| Telephone: 800-669-4459 | Telephone: 610-644-7800 (Servicer) |
| | Telecopy:  610-993-8493 (Servicer) |
| | |
| By: (SEE ATTACHED WAIVER) | By: _____ |
| | SHARON SINANAN, OFFICER |
| | KEVIN LEDERMAN, OFFICER |
| | TINA TOWNES, OFFICER |
| | ARLENE PARTAIN, OFFICER |
| | DINA ALCANTARA, OFFICER |
| | EDNA MALDONADO, OFFICER |

(01)*********5734   SRB20058
    *********5734



Sears, Roebuck and Co
3333 Beverly Road
Hoffman Estates, Illinois 60179

## BILL OF SALE AND ASSIGNMENT

This 31st day of January, 2002, Sears, Roebuck and Co. ("Sears"), Sears National Bank ("SNB"), and SRFG, Inc. ("SRFG") (each a "Seller" and collectively, the "Sellers"), for value received, without recourse and without representations or warranties of any type, kind, character or nature, express or implied, except as provided in the Purchase and Sale Agreement, dated as of January 28, 2002, to the extent permitted by applicable law, transfer, sell, assign, set-over, quitclaim, convey, grant and deliver to eCAST Settlement Corporation (the "Buyer"), all right, title and interest in and to (i) each of the Sellers' secured or unsecured open-end Sears Card, SearsCharge PLUS, and SearsCharge Home Improvement Plan accounts (including any security interest with respect thereto and any receivables arising thereunder) which are owned by Seller and charged off by Sears or SNB, as applicable, as uncollectible as a result of the debtor of the account filing a proceeding under Chapter 13 of the United States Bankruptcy Code and which are described on computer files furnished by the Seller to the Buyer in connection herewith (the "Accounts"), together with the right to collect all principal, interest or other proceeds of any kind with respect to the Accounts remaining due and owing as of the date hereof and (ii) all proceeds derived from the conversion of any of the Accounts into cash or other liquidated property of such Accounts after the close of business on January 31, 2002.

The above Accounts do not include, and the Buyer shall not have any interest in, any accounts relating to receivables transferred by SRFG to the Sears Credit Account Master Trust II (the "Master Trust") pursuant to that certain Pooling and Servicing Agreement, dated as of July 31, 1994, as amended (the "Pooling and Servicing Agreement"), among Sears, SRFG and Bank One, National Association, as Trustee, except for any consumer credit account that constitutes a "Charged-Off Account" as of January 17, 2002 (as such term is defined in the Pooling and Servicing Agreement) (i) the receivables under which have been sold by SRFG to the Buyer pursuant to the Purchase Agreement and (ii) as to which no election has been made to keep such "Charged-Off Account" in the Master Trust pursuant to section 4.04(c) of the Pooling and Servicing Agreement.

Pursuant to the foregoing assignment, the Sellers stipulate that the Buyer may be substituted for any Seller as the valid owner of the Accounts and hereby waives any notice or hearing requirements imposed by Bankruptcy Rule 3001(e)(2) or otherwise.

SEARS, ROEBUCK AND CO.

By: _[signature]_
Name: Kevin T. Keleghan
Title: President, Credit Services


SEARS NATIONAL BANK

By: _[signature]_
Name: Roger G. Schwierjohn
Title: President


SRFG, INC.

By: _[signature]_
Name: George F. Slook
Title: President and Chief Executive Officer