Ronald E. Stadtmueller, Chapter 13 Trustee          Check No. 641784

Pay to: CLERK  Clerk of the Court

Please notify the Court & us of any changes made after filing of your claim  (ex. account number, address, claim assignment, etc.)

NOTICE TO DEPOSIT FUNDS

| Case No. | Clm | Debtor Name | Account No. | Balance | Principal Pmt | Interest Pmt | Total |
|---|---|---|---|---|---|---|---|
| 02-12393 | 001-0 | JOHN G BROWN<br>Original Check written to:<br>BANK OF AMERICA<br>P O BOX 15019<br>WILMINGTON, DE  19885-5019 | 7662 | 1,091.02 | 64.63 | 0.00 | 64.63 |
| 02-13329 | 999-0 | RICHARDO ONESIMO MOJICA<br>Original Check written to:<br>RICHARDO ONESIMO MOJICA<br>165 21ST ST<br>BEAUMONT, TX  77707 | -9138 | 0.00 | 1.75 | 0.00 | 1.75 |
| 02-92027 | 013-0 | JAMES JAY MCDONALD<br>Original Check written to:<br>BANK OF AMERICA<br>P O BOX 15019<br>WILMINGTON, DE  19885-5019 | 0299 | 24,715.31 | 320.61 | 0.00 | 320.61 |
| 02-92114 | 002-0 | ALFREDO SARMIENTO<br>Original Check written to:<br>BANK OF AMERICA<br>P O BOX 15019<br>WILMINGTON, DE  19885-5019 | 6117 | 3,394.67 | 85.09 | 0.00 | 85.09 |
| 02-92340 | 004-0 | JANICE ELAINE WILLIAMS<br>Original Check written to:<br>BANK OF AMERICA<br>P O BOX 15019<br>WILMINGTON, DE  19885-5019 | 6346 | 983.87 | 99.49 | 0.00 | 99.49 |
| 03-11210 | 012-0 | JAMES GARDNER<br>Original Check written to:<br>BANK OF AMERICA<br>P O BOX 15019<br>WILMINGTON, DE  19885-5019 | 8039 | 6,301.23 | 21.19 | 0.00 | 21.19 |
| 03-11431 | 004-0 | KENNETH R DEAN<br>Original Check written to:<br>BANK OF AMERICA<br>P O BOX 15019<br>WILMINGTON, DE  19885-5019 | 3305 | 419.07 | 29.54 | 0.00 | 29.54 |