Form ntcidis13

# UNITED STATES BANKRUPTCY COURT
## Eastern District of Texas

| | |
|---|---|
| In Re: Janice Elaine Williams<br>Rt. 7 Box 2437<br>Lufkin, TX 75904<br>Social Security No.:<br>xxx−xx−7501 | Bankruptcy Proceeding No.: 02−92340<br>Chapter: 13 |

Employer's Tax I.D. No.:

Debtor

**Order Establishing Deadline for Filing Objections to Issuance of Order of Discharge in a Chapter 13 Case**

YOU ARE HEREBY NOTIFIED that a Notice of Plan Completion has been filed by Ronald E. Stadtmueller.,Chapter 13 Trustee, in the above−referenced case. Such notice verifies to the Court that each of the above−referenced debtors in this case has completed all payments under the confirmed Chapter 13 plan for which the Chapter 13 Trustee served as the disbursing agent and that, from the Trustee's perspective, each of the above−referenced debtors are entitled to an entry of an order of discharge pursuant to 11 U.S.C. Section 1328(a). However, the provisions of the confirmed Chapter 13 plan may have designated the debtor to act as the disbursing agent for the payment of some claims provided for by the plan and the Court lacks sufficient information by which to ascertain the status of those payments. Other grounds may also exist which should properly preclude the entry of a discharge order at this time. Accordingly, the Court finds that just cause exists for the entry of the following order.

IT IS THEREFORE ORDERED that any objection to the issuance of an order of discharge to each of the above−referenced debtors pursuant to 11 U.S.C. Section 1328(a) must be filed in this case within thirty (30) days of the date of the issuance of this order and served upon each debtor, the attorney for the debtor, and the Chapter 13 Trustee.

IT IS FURTHER ORDERED that, if no objections to the issuance of the discharge order are timely filed, then the Court shall proceed with the entry of the discharge order in this case. If an objection is timely filed, then a hearing to consider the objection shall be scheduled under the normal procedures of the Court.

Dated: 9/11/07

/s/ Bill Parker
U. S. Bankruptcy Judge

# BAE SYSTEMS
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 0540-9           User: brittens              Page 1 of 2                 Date Rcvd: Sep 11, 2007
Case: 02-92340                 Form ID: 1190               Total Served: 43
```

The following entities were served by first class mail on Sep 13, 2007.
```
db              Janice Elaine Williams,    Rt. 7 Box 2437,    Lufkin, TX  75904
aty            +Allen T. Gregory,    P.O. Box 160,    Nederland, TX 77627-0160
aty            +John P. Dillman,    P.O. Box 3064,    Houston, TX 77253-3064
tr             +Ronald E. Stadtmueller.,    Plaza Tower,    110 North College, 12th Floor,    Tyler, TX 75702-7226
ust            +US Trustee,    Office of the U.S. Trustee,    110 N. College Ave.,    Suite 300,
                 Tyler, TX 75702-7231
cr              Angelina County,    c/o Linebarger, Goggan, Blair, Pena,    P.O. Box 3064,
                 Houston, TX  77253-3064
2966434        +Angelina CAD,    P.O. Box 2357,    Lufkin, TX 75902-2357
2966435        +Angelina Councv TAG,    P.O. Box 1344,    Lufkin, TX 75902-1344
3048772         Angelina County,    c/o John P. Dillman,    Linebarger, Goggan, Blair, Pena &,    Sampson, LLP,
                 P.O. Box 3064,    Houston, TX 77253-3064
2966436        +Atty Cen TX Tax Div Bkrptcy,    Capitol Station,    Box 12548,    Austin , TX 78711-2548
3008330         Bank of America,    P.O. Box 2278,    Norfolk, VA  23501-2278,    800-671-2215
2966437         Bank of America Credit,    P.O. Box 53132,    Phoenix, AZ 85072-3132
3048806        +Capital One Bank,    P.O. Box 85167,    Richmond, VA 23285-5167,    1-800-846-9966
2966438         Capitol One,    P.O. Box 60000,    Seattle, WA 98190-6000
2966439        +Clear Lake Family Physicians,    14903 El Camino Real,    Houston, TX 77062-2699
2966440         Conseco Finance,    P.O. Box 6172,    Rapid City , SD 57709-6172
3066022        +Conseco Finance Servicing Corp.,    c/o James W. King,    6420 Wellington Place,
                 Beaumont, TX 77706-3206
2966441        +Dr. Gary Randall,    #1 Medical Ctr. Blvd.,    Lufikin, TX 75904-3173
2966442        +First Choice Power,    P.O. Box 901036,    Fort Worth, TX 76101-2036
2966443         Ford Motor Credit,    P.O. Box 152271,    Irving, TX 75015-2271
2984340        +Ford Motor Credit Co.,    P.O. box 537901,    Livonia, MI 48153-7901,    1-800-955-8532
2966444        +GC Services, Ltd.,    P.O. Box 3724,    Knoxville, TN 37927-3724
2999678       ++GREENTREE SERVICING LLC,    BANKRUPTCY DEPARTMENT,    P O BOX 6154,    RAPID CITY SD 57709-6154
               (address filed with court: Conseco Finance Servicing Corp.,    Attn:  MHD Bankruptcy Dept.,
                 P.O. Box 6154,    Rapid City, SD  57709-9858)
2966445        +Gallery Furniture,    c/o Citifinancial Retail,    P.O. Box 221309,    Charlotte , NC 28222-1309
2966446        +Huntington State Bank,    P.O. Box 1090,    Huntington, TX 75949-1090
2966447       ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 21126,
                 PHILADELPHIA PA 19114-0326
               (address filed with court: Internal Revenue Service,    P. O. Box 21126,    Philadelphia, PA 19114)
2966449        +Lowe’s,    P.O. Box 105985,    Atlanta, GA 30348-5985
2966450         NCO Financial,    P.O. Box 41457,    Philadelphia, PA 19101-1457
2966451         NW & P,    P.O. Box 30164,    Tampa , FL 33630-3164
2966452        +National Collection Consult.,    P.O. Box 94410,    No. Little Rock, AR 72190-4410
3048801        +Retailers National Bank,    c/o The Creditor’s Rights & Bankrup,
                 Division of Phillips & Cohen Ass., Ltd.,    695 Rancocas Rd, Suite 101,
                 Westampton, NJ 08060-5626
2966453        +SW Bell,    P.O. Box 3025,    Houston, TX 77253-3025
3004691        +Sam’s Club,    GE Capital,    P.O. Box 103104,    Roswell, GA 30076-9104,    800-261-7401
2966454        +Sams Club,    P.O. Box 105960 Dept. 77,    Atlanta, CA 30348-5960
2966455         Sears Credit,    P.O. Box 818017,    Cleveland, OH 44181-8017
3000744        +Sears Roebuck and Co.,    PO Box 3671,    Des Moines, IA 50323-0671
2966456        +State Comptroller - Texas,    Capitol Station,    Austin, TX 78774-0001
2966457         Target,    c/o Retailers National Banc,    P.O. Box 59231,    Minneapolis, MN 55459-0231
2966459        +United States Attorney,    Eastern District of Texas,    350 Magnolia, Suite 150,
                 Beaumont, TX 77701-2254
```

The following entities were served by electronic transmission on Sep 12, 2007.
```
aty            +E-mail/Text: jking@offermanking.com                                   James W. King,
                 Offerman & King, L.L.P.,    6420 Wellington Place,    Beaumont, TX 77706-3206
cr              E-mail/Text: resurgentbknotifications@resurgent.com                           LVNV Funding LLC,
                 %Resurgent Capital Services,    P.O. Box 10587,    Greenville, SC  29603-0587
4767475         E-mail/Text: resurgentbknotifications@resurgent.com                           LVNV Funding LLC,
                 c/o Resurgent Capital Services,    PO Box 10587,    Greenville, SC  29603-0587
2966458        +E-mail/Text: redpacer@twc.state.tx.us                                Texas Employment Commission,
                 TEC Bldg., Tax Dept.,    Austin, TX 78778-0001
                                                                                              TOTAL: 4
```

```
              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +Conseco Finance Servicing Corp.,    c/o James W. King,    6420 Wellington Place,
                 Beaumont, TX 77706-3206
cr*           ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 21126,
                 PHILADELPHIA PA 19114-0326
               (address filed with court: Internal Revenue Service,    P. O . Box 21126,
                 Philadelphia, PA  19114)
2966448*      ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 21126,
                 PHILADELPHIA PA 19114-0326
               (address filed with court: Internal Revenue Service,    P. O. Box 21126,    Philadelphia, PA 19114)
                                                                                              TOTALS: 0, * 3
```

Addresses marked ‘+’ were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked ‘++’ were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 13, 2007**                                     **Signature:**   _Joseph Speetjens_