# United States Bankruptcy Court
FOR THE
EASTERN DISTRICT OF TEXAS
Ronald E. Stadtmueller, Chapter 13 Standing Trustee

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

**In RE:** **JANICE ELAINE WILLIAMS**  **Case Number** **02-92340**  **Report Printed** **11/9/2007**

Paid Out  
Plan Filed: 7/8/2002  Plan Confirmed: 1/29/2003  SS #: xxx-xx-7501  Case Concluded: 7/23/2007  
Attorney: ALLEN T GREGORY  Case Type: B

Your Trustee has maintained a detailed record of all receipts including the source or other identification of each receipt and of all disbursements. Copies of these detailed records will be filed with the Court, or are attached hereto, and are incorporated by reference in this report.

JANICE ELAINE WILLIAMS  
ROUTE 7 BOX 2437  
LUFKIN TX 75904

RECEIPTS: Amount paid to the Trustee by or for the Debtor for benefit of Creditors.  $22,800.00

| Creditor Name | Clm Num | Class | Amount Scheduled | Amount Allowed | Principal Paid | Interest Paid | Direct Paid | Balance Due |
|---|---|---|---|---|---|---|---|---|
| ANGELINA CAD | 001-0 | Uns | | 0.00 | | | | Not Filed |
| ANGELINA COUNTY TAX OFFICE | 002-0 | Sec | | 669.90 | 669.90 | | | $0.00 |
| ATTY GEN TX TAX DIV BKRPTCY | 003-0 | Uns | | 0.00 | | | | Not Filed |
| BANK OF AMERICA | 004-0 | Uns | | 1,163.17 | 179.30 | | | $983.87 |
| CAPITAL ONE BANK | 005-0 | Uns | | 1,343.66 | 207.12 | | | $1,136.54 |
| CLEAR LAKE FAMILY | 006-0 | Uns | | 0.00 | | | | Not Filed |
| CONSECO FINANCE | 007-0 | Sec | | 862.95 | 862.95 | | | $0.00 |
| DR GARY RANDALL | 008-0 | Uns | | 0.00 | | | | Not Filed |
| FIRST CHOICE POWER | 009-0 | Uns | | 0.00 | | | | Not Filed |
| FORD MOTOR CREDIT CO | 010-0 | Sec | | 12,412.95 | 12,412.95 | | | $0.00 |
| FORD MOTOR CREDIT CO | 010-1 | Uns | | 3,526.13 | 543.54 | | | $2,982.59 |
| LVNV FUNDING LLC | 011-0 | Sec | | 539.00 | 539.00 | | | $0.00 |
| LVNV FUNDING LLC | 011-1 | Uns | | 1,353.00 | 208.56 | | | $1,144.44 |
| GC SERVICES LTD | 012-0 | Uns | | 0.00 | | | | Not Filed |
| HUNTINGTON STATE BANK | 013-0 | Sec | | 3,820.85 | 3,820.85 | | | $0.00 |
| HUNTINGTON STATE BANK | 013-1 | Uns | | 448.92 | 69.20 | | | $379.72 |
| INTERNAL REVENUE SERVICE | 014-0 | Pri | | 0.00 | | | | $0.00 |
| INTERNAL REVENUE SERVICE | 015-0 | Uns | | 0.00 | | | | Not Filed |
| LOWES | 016-0 | Uns | | 194.00 | 29.81 | | | $164.19 |
| LOWES | 016-1 | Sec | | 179.85 | 179.85 | | | $0.00 |
| NATIONAL COLLECTON | 017-0 | Uns | | 0.00 | | | | Not Filed |
| NCO FINANCIAL SYSTEMS INC | 018-0 | Uns | | 0.00 | | | | Not Filed |
| NW & P | 019-0 | Uns | | 0.00 | | | | Not Filed |
| SHERMAN ACQUISITION LP | 020-0 | Uns | | 525.81 | 81.05 | | | $444.76 |
| ECAST SETTLEMENT CORP | 021-0 | Uns | | 1,512.68 | 233.18 | | | $1,279.50 |
| STATE COMPTROLLER-TEXAS | 022-0 | Uns | | 0.00 | | | | Not Filed |

Continued on Next Page

United States Bankruptcy Court
FOR THE
EASTERN DISTRICT OF TEXAS
Ronald E. Stadtmueller, Chapter 13 Standing Trustee

Page 2

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

In RE: **JANICE ELAINE WILLIAMS**         Case Number 02-92340         Report Printed 11/9/2007

| Creditor Name | Clm Num | Class | Amount Scheduled | Amount Allowed | Principal Paid | Interest Paid | Direct Paid | Balance Due |
|---|---|---|---|---|---|---|---|---|
| SW BELL | 023-0 | Uns | | 0.00 | | | | Not Filed |
| TARGET | 024-0 | Uns | | 566.51 | 87.33 | | | $479.18 |
| TEXAS EMPLOYMENT | 025-0 | Uns | | 0.00 | | | | Not Filed |
| UNITED STATES ATTORNEY | 026-0 | Uns | | 0.00 | | | | Not Filed |
| LINEBARGER ET AL | 027-0 | Uns | | 0.00 | | | | $0.00 |
| GARRY A. OFFERMAN | 028-0 | Uns | | 0.00 | | | | $0.00 |
| ALLEN T GREGORY | 101-0 | Leg | | 1,500.00 | 1,500.00 | | | $0.00 |
| JANICE ELAINE WILLIAMS | 999-0 | Dbt | | 0.00 | | | | $0.00 |
| Ronald E. Stadtmueller | TRS-0 | Tru | | 1,175.41 | 1,175.41 | | | $0.00 |

|  | Secured | Priority | Unsecured | Admin | Attorney | Continuing | Other |  |  |
|---|---|---|---|---|---|---|---|---|---|
| Total Debt | $18,485.50 | $0.00 | $10,633.88 | $0.00 | $1,500.00 | $0.00 | $1,175.41 | | |
| Total Paid | $18,485.50 | $0.00 | $1,639.09 | $0.00 | $1,500.00 | $0.00 | $1,175.41 | | |
| Total Int Pd | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | $0.00 | | |
| Balance Due | $0.00 | $0.00 | $8,994.79 | $0.00 | $0.00 | | $0.00 | Total Paid | $22,800.00 |

WHEREFORE, your petitoner prays that a Final Decree be entered discharging your Petitioner as Trustee and releasing your petitioner and the Trustee's surety from any and all liability on account of the within proceedings, and closing the estate, and for such other and further relief as is just.

Pusuant to FRBP 5009, I hereby certify that the above captioned case has been fully administered.

/S/ RONALD E. STADTMUELLER
_____
Ronald E. Stadtmueller