Revised 04/2009

Proposed Order (3)

**UNITED STATES BANRUPTCY COURT
EASTERN DISTRICT OF TEXAS**

EOD
04/27/2011

IN RE:

| Williams, Janice Elaine | 02-92340 |
|---|---|
| Debtor | Bankruptcy Case Number |

## ORDER GRANTING APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

The Court having considered the Application for Payment of Unclaimed Funds filed by:

NAME OF CLAIMANT: Bank of America c/o MooreTech Consulting

MAILING ADDRESS: 1113 Grenoble Crescent
Ottawa, Ontario Canada K1C 2C5

CITY: _____ STATE: _____ ZIP: _____

for payment of a dividend from unclaimed funds in the amount of $ 99.49

and, it appearing to the Court that the Claimant is entitled to receive payment, and, these funds are now on deposit in the Treasury of the United States, and that proper notice of the Application was given to the United States Attorney for the Eastern District of Texas pursuant to Title 28 U.S.C. Section 2042,

**IT IS THEREFORE ORDERED** that the Clerk of the Bankruptcy Court direct the issuance of a draft upon the Treasury of the United States in the amount stated above and payable to the Claimant.

Signed on 04/27/2011

*/s/ Bill Parker*

THE HONORABLE BILL PARKER
UNITED STATES BANKRUPTCY JUDGE

# United States Bankruptcy Court
## Eastern District of Texas

In re:                                                                                                    Case No. 02-92340-bp
Janice Elaine Williams                                                               Chapter 13
     Debtor

## CERTIFICATE OF NOTICE

District/off: 0540-9          User: judicej             Page 1 of 1             Date Rcvd: Apr 27, 2011
                               Form ID: pdf400        Total Noticed: 5

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 29, 2011.
```
db              Janice Elaine Williams,    Rt. 7 Box 2437,    Lufkin, TX   75904
cr              Angelina County,    c/o Linebarger, Goggan, Blair, Pena,    P.O. Box 3064,
                 Houston, TX  77253-3064
cr             +Conseco Finance Servicing Corp.,    c/o James W. King,    6420 Wellington Place,
                 Beaumont, TX 77706-3206
cr            ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                 PHILADELPHIA PA 19101-7346
              (address filed with court:   Internal Revenue Service,    P. O . Box 21126,
                 Philadelphia, PA  19114)
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr              E-mail/Text: resurgentbknotifications@resurgent.com Apr 28 2011 08:01:10      LVNV Funding LLC,
                %Resurgent Capital Services,    P.O. Box 10587,    Greenville, SC  29603-0587
                                                                                             TOTAL: 1

                ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Bank of America c/o MooreTech Consulting Inc.
                                                                                  TOTALS: 1, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 29, 2011**                                             **Signature:** *Joseph Speetjens*